UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>(1) GREGORY ABBOTT,<br>(2) MARCIA ABBOTT,<br><br>Defendants | Criminal No.: 19-10117-IT |

## GOVERNMENT'S SUPPLEMENTAL SENTENCING MEMORANDUM

### Introduction

The government respectfully submits this memorandum in connection with the sentencing of defendants Gregory and Marcia Abbott.

The Abbotts paid $50,000 to have a corrupt proctor correct their daughter's answers on the ACT exam, and an additional $75,000 to have the same proctor correct their daughter's answers on two SAT II subject tests. They pursued the fraud with the specific purpose of improving their daughter's prospects of admission to Duke University, Marcia Abbott's alma mater.

The Abbotts engaged in the cheating scheme twice, with full insight into how it worked. Marcia Abbott requested that Mark Riddell, the corrupt proctor on the first test, serve as the designated cheater for the second set of tests – underscoring the Abbotts' commitment to the fraud. For their crimes, the Abbotts should each be sentenced to eight months in prison, a fine of $40,000, and 12 months of supervised release.[1]

---

[1] The government's recommended sentence is above the Guidelines range as calculated by the Probation Department.

I.       **The Abbotts Eagerly Engaged in the Exam Scheme Twice**

With a PSAT score so low that a significant increase on the SAT would have been likely to raise red flags, the Abbotts agreed with co-conspirator William "Rick" Singer to cheat on their daughter's ACT exam, instead of the SAT.

To facilitate the scam, the Abbotts exploited the fact that their daughter had Lyme disease and was taking medication for that condition to petition the ACT for extended time. They arranged for her to take the ACT at the West Hollywood Test Center Singer controlled, despite the fact that it was nearly 1,000 miles from their home in Aspen, Colorado, where Marcia Abbott lived, and nearly 3,000 miles from their other home in New York City, where Gregory Abbott lived. When their daughter's high school counselor inquired about where she would take the ACT, Marcia Abbott asked Singer, "What do I do?"

Two days before his daughter's exam, Gregory Abbott transferred $50,000 from the Abbott Family Foundation to Singer's sham charity, the Key World Wide Foundation ("KWF"). Singer used the money to bribe corrupt test administrator Igor Dvorskiy, and to pay Riddell for serving as the corrupt proctor. He also kept some of the money for himself. The next day, Riddell flew from his home in Tampa, Florida to Los Angeles. Riddell corrected the answers on the exam and secured a near-perfect score of 35 out of a possible 36. The Abbotts' daughter, in turn, submitted the fraudulent score as part of her applications to various colleges.

Pleased with a score in the 99th percentile, the Abbotts made plans to cheat on their daughter's SAT II subject tests in math and literature. A little more than a month after the ACT fraud, Marcia Abbott called the Educational Testing Service ("ETS"), which administers the SATs, and asked if her daughter could take them at a location other than her home high school. Approximately one week later, Marcia Abbott called Singer. During the call, which was

intercepted pursuant to a Court-authorized wiretap, Marcia Abbott said, "[Y]ou told me that you had a subject tester in California. Should she go out there?" Singer replied, "Greg would have to be willing to pay for it." Marcia Abbott responded, "Yeah, well he can donate, I mean, whatever the donations are."

On August 3, 2018, Marcia Abbott called Singer to ask how cheating on the subject tests would work. The following is an excerpt from the call.

| | |
|---|---|
| MARCIA ABBOTT | What is the situation with subject tests? Is it basically the same that happened with the SATs? |
| Singer | Yeah, it's a little more a little more expensive because now you gotta have somebody which, you gotta make sure that you do well on both of those areas. It's not like the SATs. They're much harder. |
| MARCIA ABBOTT | Yeah, well they're very specialized, and for her she was gonna take Math II and English Lit. |
| Singer | Right, so if we have somebody help her, I have to get . . . I have to figure out who that's gonna be, that's gonna be able to take care of both of those |
| MARCIA ABBOTT | All right, she loves the guy, Mark, who took the SATs, she said. She said she started having heart palpitations but she said, "He was so sweet, he let me walk around the hallway." She said, "Can't I take my SAT subjects with him?" And I said, "Nah, I don't think so. I mean, I think, you know, you just, it's whole different area and that was 'cause we happened to be out in California seeing schools. So you know we're gonna take them here." So, alright, so there's no way for [August] 27th. Then I guess we should take them here down [in the Aspen area] on the 27th and let's see how she does. |
| Singer | Absolutely, absolutely. |
| MARCIA ABBOTT | And what would be, the donation be for, if you found someone for October? Because the other one was, what, $50,000? |
| Singer | It was, I think it was 50. It will be at least 75. |
| MARCIA ABBOTT | Yeah, that's fine. |

The Abbotts' daughter took the SAT II subject tests in Aspen in late August, without assistance, and performed poorly. In a call on September 4, 2018, Marcia Abbott told Singer that she wanted to proceed with the cheating scheme because her daughter did not think she had done well. She confirmed that the cost to have Riddell take the tests would be $75,000. Approximately one week later, the Abbott Family Foundation made a purported donation of $75,000 to KWF.

In a call on September 28, 2018, Singer – who by this point was cooperating with the government's investigation – told Marcia Abbott that they would aim for a score of "750 and above." Marcia Abbott responded: "That's fabulous."

Marcia Abbott accompanied her daughter to the West Hollywood Test Center for the tests on October 6, 2018. Less than two weeks later, Singer discussed the tests in a call with Gregory Abbott. Gregory Abbott asked how his daughter "did on her own." Singer responded that she had scored in the mid-600s on her own.

Four days later, Marcia Abbott texted Singer that her daughter had not received her test results, adding that she "[w]as scared that if [her daughter] did way better this time [compared to when she took them on her own] that they'd flag her!"

On or about November 2, 2018, Marcia Abbott called the College Board, which develops and administers the SATs with ETS, and threatened legal action because her daughter's test scores had not been released. Call center notes reflect the following:

> Customer called in to follow up. Mother is extremely adamant. They [sic] filing a Legal Complaint. She is Soloist in Metropolitan Opera in New York City. The student has a chance to be offered scholarship award but she must apply early and the score is only missing on that application. They want to know reason for the scores being delayed and be contacted as soon as possible.

In a call with Singer the following day, Gregory Abbott asked Singer if the Abbotts "should be worried" that their daughter's scores had not yet been released. The following is an excerpt from the call, which was consensually recorded.

| | |
|---|---|
| GREGORY ABBOTT | Have you ever had a case where somebody was flagged or somebody-- |
| Singer | Yes. |
| GREGORY ABBOTT | What did they say? |
| Singer | Yes. |
| GREGORY ABBOTT | What happened? |
| Singer | Essentially it takes several more weeks before they'll release the score. What they would do is go back to the test administrator and ask them if everything was okay. Of course, our test administrator, Igor, who you guys obviously paid the money for, will say, "Everything went fine, I sent in everything. We did the score sheet, the whole thing." |
| GREGORY ABBOTT | Yeah. |
| Singer | That would be the only thing that would come back. |
| GREGORY ABBOTT | So there should be nothing -- there -- should -- we -- we shouldn't worry. |
| Singer | No. It's just that these guys [at the College Board] take forever and don't communicate effectively. |
| GREGORY ABBOTT | You're – that I know. Yeah, yeah. I just -- I -- you know, you have experience at this and when I first heard it I -- I -- I got a little bit nervous, as you can understand. |

Ultimately, the Abbotts' daughter received a perfect score of 800 on the math subject test and 710 on the literature subject test that Riddell corrected.

## II. The Abbotts' Repeated Engagement in the Cheating Scheme Merits a Prison Sentence of 8 months

The Abbotts are the only defendants before the Court who pursued the exam cheating scheme more than once.[3] They intended to use the fraudulent scores to facilitate their daughter's admission to Duke University in place of a deserving student.

Although they apparently kept the scheme a secret from their daughter, the Abbotts were both fully complicit in it. Marcia Abbott made sure she understood the scheme's details, flew to California twice to have her daughter sit for the tests at Singer's corrupt test center, and even suggested to Singe that he use Riddell as a proctor for the second fraud because her daughter liked him. Gregory Abbott paid for the cheating from the family's charitable foundation and asked Singer how his daughter would have scored in the absence of fraud.

Neither of the Abbotts exhibited second thoughts or regret about the scheme, even as they actively pursued it over nearly eight months. Marcia Abbott actually threatened to sue the College Board if the fraudulently obtained scores were not promptly released. And although Gregory Abbott expressed "nervous[ness]" when the exam scores were delayed, he wasn't remorseful about having cheated. He was simply afraid of getting caught. Even so, the Abbotts never considered backing out or cancelling the fraudulent scores.

Nor did the Abbotts succumb to pressure from Singer to commit fraud. It was Marcia Abbott who approached Singer about cheating on the subject tests – not the other way around. And it was Marcia Abbott who, without prompting, made an "adamant" and threatening call to the College Board.

---

[3] As the government has previously noted, defendant Agustin Huneeus pursued both the exam cheating scheme and the recruitment scheme.

For the Abbotts, cheating was an acceptable and desirable way to get their daughter into Duke University. They readily paid $125,000 for the fraud and were careful to use "charitable" funds to gain a tax benefit in the process. Prison is the only answer for such entitlement and criminality.

## CONCLUSION

For the foregoing reasons, the Abbotts should each be sentenced to 8 months in prison, one year of supervised release, and a fine of $40,000.

>Respectfully submitted,
>
>ANDREW E. LELLING
>United States Attorney
>
>By:   */s/ Eric S. Rosen*
>ERIC S. ROSEN
>JUSTIN D. O'CONNELL
>LESLIE A. WRIGHT
>KRISTEN A. KEARNEY
>Assistant United States Attorneys

Date: October 1, 2019